John R. Goodell (ISB No. 2872)
Racine Olson Nye Budge
& Bailey, Chtd.
101 S. Capitol Street, Suite 300
Boise, ID  83702
Telephone: (208) 395-0011
Facsimile: (208) 433-0167
Email: jrg@racinelaw.net

Attorneys for Defendant EXPERIAN
INFORMATION SOLUTIONS, INC.

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| KEN D. KUNTZ, individually<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FMS, Inc., individually and as an agent of ST. LUKE'S MAGIC VALLEY REGIONAL MEDICAL CENTER LTD., EQUIFAX INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.:<br><br>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 AND §1446<br><br>[FEDERAL QUESTION]<br><br>COMPLAINT FILED: |

　　　　Pursuant to 28 U.S.C. § 1441 and §1446, Defendant Experian Information Solutions, Inc., ("Experian") hereby files its Notice of Removal of the above captioned action to this Court, and states as follows:

　　　　1,　　Experian is a named defendant in Case No. CV-2014-722 filed in the District Court, Magistrate Division, in Twin Falls County, Fifth Judicial District, State of Idaho ("the State Court Action").

2. A copy of the Register of Action and entire State Court Action file are attached hereto as Exhibit A hereto. Dist. Idaho Loc. Civ. R. 81,1(a)(1).

3. The original Verified Complaint in the State Court Action was filed with the Clerk of the District Court Superior Court on or about February 14, 2014. A true and correct copy of the Summons and Complaint are included within the Attachments filed herewith.

4. Experian was served with copies of the Summons and Complaint on April 9, 2014 according to the Affidavit of Service included within the Attachments filed herewith.

5. This Notice being filed May 8, 2014 with this Court is within thirty (30) days after Experian was served.

6. On April 4, 2014 a Notice of Dismissal was file of Defendants FMS, Inc. and St. Luke's Magic Valley Regional Medical Center, Ltd., only.

7. To the best of Experian's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action other than as noted above and/or as indicated within the Attachments filed herewith..

8. Experian avers that there is a sufficient basis for removal on grounds of federal question in that Plaintiff has filed a civil action founded on a claim or right arising under the laws of the United States:

In the introduction of the Complaint as well as paragraph 24 and paragraph 29 the Plaintiff's Complaint, Plaintiff alleges that Experian violated laws arising under the Fair Credit Reporting Act. The Fair Credit Reporting Act provides that "any action brought under this chapter may be brought in any appropriate United States District Court without regard to the amount in controversy." 15 U.S.C. § 1681p.

Jurisdiction:  This Court has original jurisdiction over Plaintiff's claims under the Fair Credit Reporting Act pursuant to 28 U.S.C. § 1331.  This civil action is one that may be removed to this Court by Experian pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action founded on a claim or right arising under the laws of the United States, namely the United States Constitution.

Pursuant to 28 U.S.C. § 106 and 1446(a) and (b), the state court action, which was commenced in Twin Falls County, Idaho, may be removed to this Federal District Court which embraces Twin Falls County.

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: May 8, 2014

By: /s/ John R. Goodell

John R. Goodell (ISB No. 2872)
Racine Olson Nye Budge
& Bailey, Chtd.
101 S. Capitol Street, Suite 300
Boise, ID  83702
Telephone: (208) 395-0011
Facsimile: (208) 433-0167
Email: jrg@racinelaw.net

Attorneys for Defendant *Experian Information Solutions, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of May, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and mailed true and correct copies of the documents, by placing in the U.S. Mail, postage prepaid addressed as follows:

      /s/ John R. Goodell  
      jrg@racinelaw.net

| | |
|---|---|
| Charles Johnson<br>JOHNSON OLSON CHARTERED<br>419 West Benton<br>PO Box 1725<br>Pocatello, ID  83204-1725<br>*Attorney for Plaintiff, Ken D. Kuntz* | ☒ U.S. Mail<br><br>☐ Facsimile 208-232-9161<br><br>☐ Email cjlaw@cableone.net |