Charles Johnson
**JOHNSON OLSON CHARTERED**
419 West Benton
P.O. Box 1725
Pocatello, Idaho  83204-1725
Telephone: (208) 232-7926
Facsimile: (208) 232-9161
ISB No. 2464
E-Mail: cjlaw@cableone.net
Attorney for Plaintiff Ken D. Kuntz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEN D. KUNTZ, | Case No. 1:14-CV-00181-CWD |
| Plaintiff, | **NOTICE OF DISMISSAL of EQUIFAX INC.** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

      The Plaintiff, Ken Kuntz, through his undersigned counsel of record, hereby files this Notice of Dismissal of the above entitled action with prejudice against the defendant Equifax Inc. (only) in this case pursuant to FRCP 41(a)(1)(A)(i).  The basis of this Notice of Dismissal is that the Plaintiff has settled this case against this Defendant Equifax, so they should be dismissed with prejudice from this case.  However, this Notice of Dismissal does not effect the claims against Experian, which are not resolved and will continue at this time.

      Wherefore, the above entitled action against is dismissed with prejudice as to Experian, with each party to bear their own costs and attorney's fees.

      DATED this 20th day of August 2014.

                                    /s/ Charles Johnson
                                    Charles Johnson

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th of August, 2014, I filed the foregoing document electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing in this case as follows:

John R. Goodell         jrg@racinelaw.net, bjh@racinelaw.net

                                    /s/ Charles Johnson
                                    Licensed Lawyer