John R. Goodell (ISB No. 2872)
Racine Olson Nye Budge
& Bailey, Chtd.
101 S. Capitol Street, Suite 300
Boise, ID  83702
Telephone: (208) 395-0011
Facsimile: (208) 433-0167
Email: jrg@racinelaw.net

*Attorneys for Defendant Experian Information Solutions, Inc.*

THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| KEN D. KUNTZ, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No.: 1:14-CV-181-S-CWD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* ONLY** |

　　　COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through counsel of record, and hereby gives Notice of Withdrawal of Rana Nader, of the firm Jones Day, as counsel for Experian previously admitted *pro hac vice* herein.

　　　John R. Goodell will continue to serve as counsel of record for Experian.

**NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* ONLY – Page 1**

| | |
|---|---|
| Dated: October 16, 2014 | /s/ John R. Goodell_____<br>By: John R. Goodell<br><br>John R. Goodell (ISB No. 2872)<br>Racine Olson Nye Budge<br>& Bailey, Chtd.<br>101 S. Capitol Street, Suite 300<br>Boise, ID  83702<br>Telephone: (208) 395-0011<br>Facsimile: (208) 433-0167<br>Email: jrg@racinelaw.net<br><br>Attorneys for Defendant *Experian Information Solutions, Inc.* |
| Dated:  October 16, 2015 | /s/ Rana Nader_____<br>By:  Rana Nader<br>*Counsel - Pro Hac Vice*<br>**JONES DAY® - One Firm Worldwide**[SM]<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Direct + 1.949.553.7547<br>Rnader@jonesday.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of such filing to the following:

| | |
|---|---|
| Charles Johnson<br>JOHNSON OLSON CHARTERED<br>419 West Benton<br>PO Box 1725<br>Pocatello, ID  83204-1725<br>*Attorney for Plaintiff, Ken D. Kuntz* | ☐  U.S. Mail<br><br>☐  Facsimile 208-232-9161<br><br>☒  Email cjlaw@cableone.net |

/s/ John R. Goodell  _____

**NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED** *PRO HAC VICE* **ONLY – Page 2**