John R. Goodell, (ISB #2872)
RACINE OLSON NYE BUDGE
& BAILEY, CHTD.
101 S. Capitol Street, Suite 300
Boise, ID 83702
Telephone: (208) 395-0011
Facsimile: (208) 433-0167
Email: jrg@racinelaw.net

*Attorneys for Defendant Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEN D. KUNTZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 1:14-cv-181-S-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled action be dismissed with prejudice, each party to bear his/its own costs and attorney fees, for the reason that the same has been fully compromised and settled.

Dated this 1st day of ~~November~~ December, 2014.

By: /s/ John R. Goodell

Racine Olson Nye Budge
& Bailey, Chtd.

**STIPULATION FOR DISMISSAL WITH PREJUDICE – PAGE 1**

101 S. Capitol Street, Suite 300
Boise, ID 83702
Email: jrg@racinelaw.net

*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: November ___, 2014.

By: /s/ Charles Johnson

JOHNSON OLSON CHARTERED
419 West Benton
PO Box 1725
Pocatello, ID 83204-1725
Email: cjlaw@cableone.net

*Attorneys for Plaintiff, Ken D. Kuntz*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of Dec., 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filing to the following:

| Charles Johnson<br>JOHNSON OLSON CHARTERED<br>419 West Benton<br>PO Box 1725<br>Pocatello, ID 83204-1725<br>*Attorney for Plaintiff, Ken D. Kuntz* | ☐ U.S. Mail<br><br>☐ Facsimile 208-232-9161<br><br>☒ Email cjlaw@cableone.net |
|---|---|

/s/ John R. Goodell