UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEN D. KUNTZ, individually<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 1:14-cv-181- CWD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation for Dismissal With Prejudice filed herein, (Dkt. 18), and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear his/its own costs and attorney fees.

Dated: **December 02, 2014**

Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE –1